PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 06 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
RECEIVED
JUN 03 2005
JUSTIN L. QUACKENBUSH
SPOKANE, WASH

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Renee Dawn Tosh | Case Number: 2:03CR00108-001 |

Name of Sentencing Judicial Officer: The Honorable Justin L Quackenbush, Senior U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: 11/14/2003 | Type of Supervision: Supervised Release |
| Original Offense: Bank Fraud | Date Supervision Commenced: 03/24/2005 |
| Original Sentence: Prison -7 Months; TSR - 48 Months | Date Supervision Expires: 02/26/2009 |

## PETITIONING THE COURT

23. You shall reside in a Community Corrections Center (CCC) for a period up to (30) days. This placement may include a pre-release component, day reporting and home confinement (with or without electronic monitoring but not to include GPS) at the direction of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Renee Tosh is currently residing at the Turner House as a result of the Court's order authorizing a 90-day public law placement. She is scheduled to release from the Turner House on or about June 24, 2005.

It was anticipated by allowing Ms. Tosh to participate at the Community Corrections Center (CCC) for the designated period, she would address mental health and chemical dependency issues while developing a release plan appropriate for transitional purposes. I have confirmed that Ms. Tosh has conducted herself appropriately and is considered suitable for release. However, she has been unable to establish a stable residence, to date. Ms. Renee Tosh is working full time at the Community Detox Services of Spokane. She is attempting to secure housing in the Spokane proper area. Renee Tosh has requested additional time in the Turner House in order to develop a suitable release plan. If the Court concurs with the request for modification, she will release from the CCC on or about July 23, 2005.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted extending Renee Tosh's stay at the CCC for an additional period of up to 30 days. It is also recommended that Ms. Tosh be allowed to transition to her residence immediately, once secured, after completing the current obligation on June 24, 2005.

Prob 12B
**Re: Tosh, Renee Dawn**
**June 2, 2005**
**Page 2**

Respectfully submitted,

by  */s/ Tommy Rosser*
Tommy Rosser
U.S. Probation Officer
Date: June 2, 2005

## THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

*/s/ Judicial Officer*
Signature of Judicial Officer

June 3, 2005
Date